# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Adam Miller<br><br>Defendant | Case: 1:22-mj-00113<br>Assigned to: Judge Meriweather, Robin M.<br>Assign Date: 5/19/2022<br>Description: COMPLAINT W/ ARREST WARRANT |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Adam Miller                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)(Entering and Remaining in a Restricted Building or Grounds)
18 U.S.C. § 1752(a)(2)(Disorderly and Disruptive Conduct in a Restricted Building or Grounds)
40 U.S.C. § 5104(e)(2)(C)(Disrupt the Orderly Conduct of Official Business)
40 U.S.C. § 5104(e)(2)(D)(Disorderly Conduct in a Capitol Building)
40 U.S.C. § 5104(e)(2)(G)(Parade, Demonstrate, or Picket in a Capitol Building)

Date:   05/19/2022

2022.05.19
15:33:02 -04'00'

*Judge's signature*

City and state:   Washington, D.C.

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)*  5/19/2022  , and the person was arrested on *(date)*  5/31/2022
at *(city and state)*  Akron, Ohio  .

Date:  5/31/2022

*Arresting officer's signature*

David Clarke, FBI Special Agent
*Printed name and title*