UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO.: 1:22-cr-00191 |
| Plaintiff, | |
| | JUDGE ROYCE C. LAMBERTH |
| vs. | |
| | **NOTICE OF APPEARANCE OF** |
| DEVIN STEINER, ET AL. | **COUNSEL FOR DEFENDANTS** |
| Defendants. | |

    The Court and Counsel shall take notice that Andrew J. Wides of the Wides Legal Group, LLC, has been retained as counsel for Defendants Devin Steiner and Adam Miller. Please use the information in the signature block below to serve all orders, pleadings, filings, and other related papers upon Defendants' counsel.

                          Respectfully submitted:

                          */s/ Andrew J. Wides*
                          Andrew J. Wides (0091633)
                          **THE WIDES LEGAL GROUP, LLC**
                          The Riverparke Office Building
                          1653 Merriman Rd, Suite 203
                          Akron, Ohio 44313
                          Phone: 234-260-4918
                          Fax: 234-260-4244
                          awides@wideslaw.com

                          *Attorney for Defendants,*
                          *Devin Steiner and Adam Miller*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing was served via the Court's ECF system this 11th day of July 2022 upon the following:

Jason Manning, Esq.
DOJ-CRM
Criminal Division, Fraud Section
1400 New York Avenue, NW
Washington, DC 20005
(202) 514-6256
Jason.manning@usdoj.gov

*Assistant U.S. Attorney*

                                               Respectfully submitted:

                                               */s/ Andrew J. Wides*
                                               Andrew J. Wides, Esq. (0091633)

                                               *Attorney for Defendants,*
                                               *Devin Steiner and Adam Miller*